**No. 49127.**—Protests 774599–G/83049, etc., of Stern, McGivney & Co., Inc. (Chicago).

Opinion by TILSON, J. At the trial the testimony produced showed that certain items were the same in all material respects as those involved in Abstract 47291, the record in which case was admitted in evidence herein. In accordance therewith the items of merchandise in the description of which appears the word "natural" were held dutiable at only 25 percent under paragraph 1504 (b) (1), as claimed.